Argued June 22, affirmed June 22, 1971

STATE OF OREGON, *Respondent, v.*
JON CHARLES CARNEY, *Appellant.*

485 P2d 1244

*Donald W. Chambers,* Portland, argued the cause and filed the brief for appellant.

*G. Eric Lonnquist,* Special Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.